UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

P. J. RUSSEL,

    Plaintiff,

    v.

ILLINOIS CENTRAL RAILROAD
COMPANY, a wholly owned subsidiary of
Illinois Central Corporation

    Defendant.

Case No. 05-cv-4215-JPG

## JUDGEMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: February 7, 2007.**

                                                **NORBERT G. JAWORSKI, CLERK**

                                                **By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                   **J. PHIL GILBERT**
                   **U.S. District Judge**